IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

JARED GRAVES,

    Plaintiff,

vs.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA and
STANDARD FIRE INSURANCE
COMPANY

    Defendants.

Case No.18-CV-416-JED-FHM

## **OPINION AND ORDER**

Defendants' Motion for Protective Order,[1] [Dkt. 20], is before the court for decision. The matter has been fully briefed, [Dkt. 20, 22, 26, 27].

Defendants seek entry of the court's form protective order which will enable them designate some materials produced in discovery as "confidential" and have them treated as such under the protective order, unless the designation is objected to and ruled on by the court. Plaintiff objects to the entry of a protective order and asserts that Defendant has not shown the good cause required for a protective order.

Defendant Travelers Property Casualty Company of America (Travelers) represents that Plaintiff has requested claims handling materials which it states are unique to its organization and are economically valuable. Plaintiff has also requested employee personnel file information which includes employee personal information. Defendant Standard Fire Insurance Company (Standard) asserts that it expects Plaintiff to request similar information from it. The court finds that Defendants have shown good cause for the

---

[1] Defendants' filing was incorrectly styled "Defendants' Application for Confidentiality Stipulation and Protective Order." [Dkt. 26, n.1].

entry of the requested protective order. The court routinely enters protective orders for the protection of such information. The use of such a protective order generally serves to speed up the production of documents and thus aids in the just, speedy, and inexpensive determination of the matters at issue as required by Fed.R.Civ.P. 1.

Defendants' Motion for Protective Order, [Dkt. 20], is GRANTED. Defendants are directed to submit a proposed order for the court to enter.

SO ORDERED this 25th day of January, 2019.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE